Beth K. Findsen (023205)
LAW OFFICE OF BETH K. FINDSEN, PLLC
7279 East Adobe Drive, Suite D-120
Scottsdale, AZ 85255
(480) 584-6664
beth@findsenlaw.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JUDITH M. RICH and VINCENT P. VITALE<br><br>          Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A. and BANK OF AMERICA, N.A. successor in interest to BAC HOME LOANS SERVICING, LP and BRYAN CAVE, LLP.<br><br>          Defendants | Case No. 2:11-cv-00511-PHX-DLR<br><br><br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. App. P. 3(a) and 4, Plaintiffs Judith M. Rich and Vincent P. Vitale appeal to the United States Court of Appeals for the Ninth Circuit from the following Orders and Final Judgment:

1) Memorandum of Decision and Order filed Oct. 9, 2014 (Doc. 431) (**Exhibit 1**) and Final Judgment filed Oct. 9, 2014 (Doc. 432). (**Exhibit 2**)

2) Order by Minute Entry dated August 25, 2014, Disallowing Declaration. (Doc. 410) (**Exhibit 3**)

3)     Order Denying Plaintiffs' Motion to Vacate and Expunge Assignment of Deed of Trust to Bank of America. (Doc. 395)(**Exhibit 4)**

4)     Order Denying Motion for Determination that Bank of America Waived Its Attorney Client Privilege (Doc.367)( **Exhibit 5**)

5)     Order Denying Plaintiffs' Motion to Disqualify Bryan Cave, LLP filed Jan. 23, 2014 (Doc. 247) (**Exhibit 6**)

6)     Order via Minute Entry Finding No Waiver of Attorney-Client Privilege, entered Sept. 23, 2013 (Doc. 196)(**Exhibit 7**)

7)     Order granting Bryan Cave's Motion to Dismiss Plaintiffs' FDCPA claim (Doc. 177) (**Exhibit 8**)

//
//
//
//
//
//
//
//
//
//
//
//
//

## STATEMENT OF REPRESENTATION

The parties to the Orders appealed and the parties' attorneys are as follows:

| **Parties** | **Counsel** |
|---|---|
| *Plaintiffs Judith M. Rich and Vincent P. Vitale* | Beth K. Findsen #023205<br>LAW OFFICE OF BETH K. FINDSEN, PLLC<br>7279 E. Adobe Drive Suite 120<br>Scottsdale, AZ 85255<br>480-584-6664<br>beth@findsenlaw.com |
| *Defendant Bank of America N.A. Individually and as successor by merger to BAC Home Loan Servicing, LP* and *Countrywide Bank, F.S. B.* | Sean K. McElenney #016987<br>Gregory B. Iannelli, #026549<br>BRYAN CAVE LLP,<br>Two North Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-4406<br>Telephone: (602) 364-7000<br>Fax: (602) 364-7070 |
| *Defendant Bryan Cave LLP* | Sean K. McElenney #016987<br>Gregory B. Iannelli, #026549<br>BRYAN CAVE LLP,<br>Two North Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-4406<br>Telephone: (602) 364-7000<br>Fax: (602) 364-7070 |

Dated this 4th day of November, 2014.

                                  LAW OFFICE OF BETH K. FINDSEN, PLLC

                                  By: /s/Beth K. Findsen
                                      Beth K. Findsen
                                      7279 East Adobe Drive, Suite 120
                                      Scottsdale, AZ 85255

**CERTIFICATE OF SERVICE**

I hereby certify that November 4, 2014, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Beth K. Findsen