# EXHIBIT 1

Subject: RE: Rich et al. v. BAC Home Loans Servicing, LP, et al., Case No. 2:11-cv-00511-SRB

From: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>

To: 'Vincent Vitale' <fiatluxnorth@gci.net>

Cc: "McElenney, Sean K." <skmcelenney@BryanCave.com>

Fri, 25 Mar 2011 19:29:17 -0400

Thank you Vincent.


Michael B. Dvoren
Associate

Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com | www.bryancave.com


-----Original Message-----
From: Vincent Vitale [mailto:fiatluxnorth@gci.net]
Sent: Friday, March 25, 2011 4:09 PM
To: Dvoren, Michael
Subject: Re: Rich et al. v. BAC Home Loans Servicing, LP, et al., Case No. 2:11-cv-00511-SRB

3/25/2011
Dear Michael
The contact information is:
stevahn.thomas@bankamerica.com

EX, 1

1|4B

Also, I have attached pleadings that I sent to the registered agents this after
twenty day notice.
Thank you
Vincent Vitale


----- Original Message -----
From: "Dvoren, Michael"
Date: Friday, March 25, 2011 4:03 pm
Subject: Rich et al. v. BAC Home Loans Servicing, LP, et al., Case No. 2:11-cv-00511-SRB
To: "'fiatluxnorth@gci.net'"
Cc: "McElenney, Sean K."

> Dear Vincent,

> Per our phone conversation just now, below is my contact information.
> When you have a chance, please send me BAC workout negotiator
> Stephan's e-mail and I will attempt to expedite the loan modification
> review process for your loan.
>
> Also per our conversation, I will contact you just as soon as I have
> my client's approval (hopefully Monday) to offer you an agreeable
> compromise regarding the scheduled April 8, 2010 trustee's sale of the
> Candyland Place property (for which I've already requested
> postponement).
>
> Please don't hesitate to contact me with any questions or concerns.
>
> Respectfully,
>
>
> Michael B. Dvoren
>
> Associate
>
>
>
> Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ 85004
> Tel 602.364.7323 | Fax 602.716.8323
>
> michael.dvoren@bryancave.com
> | www.bryancave.com
>
>
>
> _____
> This electronic message is from a law firm. It may contain
> confidential or privileged information. If you received this
> transmission in error, please reply to the sender to advise of the
> error and delete this transmission and any attachments.
>
> IRS Circular 230 Disclosure: To ensure compliance with requirements
> imposed by the IRS, we inform you that any U.S.
> federal tax advice contained in this communication (including any
> attachments) is not intended or written to be used, and cannot be
> used, for the purpose of (i) avoiding penalties under the Internal
> Revenue Code or (ii) promoting, marketing, or recommending to another
> party any transaction or matter addressed herein.
> bcllp2010
>

**Subject: RE: RE: Re: Rich v BAC el al**

From: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>

To: 'Vincent Vitale' <fiatluxnorth@gci.net>

Cc: "McElenney, Sean K." <skmcelenney@BryanCave.com>

Wed, 06 Apr 2011 14:30:02 -0400

Vincent,

Per our stipulation, attached please find a *Cancellation of Notice of Sale Arizona*, recorded by ReconTrust on Monday, April 4, 2011.

Separately, I have been in contact with the loan modification folks at BAC, who have requested the following documents from you:

(1) Profit & Loss signed and dated thru 12/31/10,

(2) Rental lease agreement.

Once you provide me with the above documents, I will forward them to BAC.

Respectfully,

Michael B. Dvoren

*Associate*

Bryan Cave LLP |
*Two North Central Ave. Suite 2200*
| Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com | www.bryancave.com

---

**From:** Vincent Vitale [mailto:fiatluxnorth@gci.net]
**Sent:** Wednesday, March 30, 2011 1:06 PM
**To:** Dvoren, Michael
**Subject:** Re: RE: Re: Rich v BAC el al

3/30/2011

Dear Michael:

Thank you.

Vince

----- Original Message -----
From: "Dvoren, Michael"
Date: Wednesday, March 30, 2011 11:09 am
Subject: RE: Re: Rich v BAC el al

EX. 1.

3/48

To: 'Vincent Vitale'
Cc: "McElenney, Sean K." , "Erwin, Sally"

> Vincent,
>
> After incorporating your changes and making the additional change
> you requested below, I've filed the stipulation and proposed order
> with the Court, copies of which are attached for your records.
> Also attached are copies of our Notice of Appearance and Corporate
> Disclosure Statement, both also filed this morning.
>
> Please don't hesitate to contact me with any questions.
>
> Respectfully,
>
> Michael B. Dvoren
> Associate
>
> Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ 85004
> Tel 602.364.7323 | Fax 602.716.8323
>
> michael.dvoren@bryancave.com | www.bryancave.com
>
.
> -----Original Message-----
> From: Vincent Vitale [mailto:fiatluxnorth@gci.net]
> Sent: Wednesday, March 30, 2011 7:57 AM
> To: Dvoren, Michael
> Subject: Fwd: Re: Rich v BAC el al
>
> 3/30/2011
> The last sentence of the order should say "record" a notice of
> cancellation rather than "file" a notice of cancellation...
> Thank you
> Vince
>
> This electronic message is from a law firm. It may contain
> confidential or privileged information. If you received this
> transmission in error, please reply to the sender to advise of the
> error and delete this transmission and any attachments.
>
> IRS Circular 230 Disclosure: To ensure compliance with
> requirements imposed by the IRS, we inform you that any U.S.
> federal tax advice contained in this communication (including any
> attachments) is not intended or written to be used, and cannot be
> used, for the purpose of (i) avoiding penalties under the Internal
> Revenue Code or (ii) promoting, marketing, or recommending to
> another party any transaction or matter addressed herein.
> bcllp2010
>

• Rich Cancellation of Notice of Sale.pdf PDF Document - 62 KB

Ex. 1

4 | 4B

Subject: RE: Rich v BAC el al

From: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>

To: 'Vincent Vitale' <fiatluxnorth@gci.net>

Fri, 15 Apr 2011 13:33:45 -0400

Vincent,

With apologies for the piecemeal way in which BAC requests this information, attached please find a financial review worksheet, which BAC has asked me to forward to you and Judith to complete and return to me. Upon receipt, I will forward it to the assigned workout specialist.

Thank you,

Michael B. Dvoren

*Associate*

Bryan Cave LLP |
*Two North Central Ave. Suite 2200*
| Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com | www.bryancave.com

---

**From:** Vincent Vitale [mailto:fiatluxnorth@gci.net]
**Sent:** Thursday, April 07, 2011 3:42 PM
**To:** Dvoren, Michael
**Subject:** Re: Rich v BAC el al

4/7/2011

Dear Michael:

Thank you for the update. You will receive the requested information on Monday.

Sincerely yours

Vincent

----- Original Message -----
From: "Dvoren, Michael"
Date: Wednesday, April 6, 2011 11:30 am
Subject: RE: Re: Rich v BAC el al
To: 'Vincent Vitale'
Cc: "McElenney, Sean K."

· Vincent,
·
· Per our stipulation, attached please find a Cancellation of Notice
· of Sale Arizona, recorded by ReconTrust on Monday, April 4, 2011
·
· Separately, I have been in contact with the loan modification
· folks at BAC, who have requested the following documents from you:
·
· (1) Profit & Loss signed and dated thru 12/31/10.

EX. 1

5 /43

· (2) Rental lease agreement.
· Once you provide me with the above documents, I will forward them
· to BAC.

· Respectfully,

· Michael B. Dvoren

· Associate

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2011

* Financial Review Worksheet.pdf PDF Document - 52 KB

EX. 1

6/4/14
6/43

Subject: RE: RE: Rich v BAC el al

From: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>

To: 'Vincent Vitale' <fiatluxnorth@gci.net>

Cc: "McElenney, Sean K." <skmcelenney@BryanCave.com>

Mon, 27 Jun 2011 16:58:53 -0400

Vincent,

Per our phone conversation earlier today, attached please find a financial review worksheet which must be completed and returned to me along with the following:

- Hardship Letter (detailing the reason(s) that has caused the borrower to not make their payments)

- HOA Letter (copy of current bill or assessment if applicable)

- Proof of Income ( 2 most recent Pay Stubs that show year-to-date earnings or last quarter profit & loss if self employed)

- Bank Statements – 2 most current consecutive months

- 2010 Tax Returns with all schedules, including the Schedule E – Supplemental Income and Loss

Upon receipt of the above, I will forward to BAC for processing and evaluation to see if an agreeable modification can be offered to you. Just to confirm our understanding, you will submit the above documents without including the $4,650 monthly disability income (per your earlier concerns) to see what modifications could be offered without it.  Also per our phone conversation, you're free to propose your own modification as a counter-offer which I will relay to BAC for consideration upon receipt.

Respectfully,

Michael B. Dvoren
*Associate*

Bryan Cave LLP |
*Two North Central Ave. Suite 2200*
| Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323
michael.dvoren@bryancave.com | www.bryancave.com

EX. 1

7/43

**From:** Dvoren, Michael
**Sent:** Thursday, May 05, 2011 1:23 PM
**To:** 'Vincent Vitale'

michael.dvoren@bryancave.com | www.bryancave.com

---

**From:** Vincent Vitale [mailto:fiatluxnorth@gci.net]
**Sent:** Monday, April 25, 2011 10:48 AM
**To:** Dvoren, Michael
**Subject:** Re: RE: Rich v BAC el al

April 25, 2011

Dear Michael:

We have compiled updated figures for the financial worksheet and will have the worksheet and hardship letter to you by Wednesday.

Thank you for your patience.

Vince

----- Original Message -----
From: "Dvoren, Michael"
Date: Friday, April 15, 2011 10:33 am
Subject: RE: Rich v BAC el al
To: 'Vincent Vitale'

> Vincent,
>
> · With apologies for the piecemeal way in which BAC requests this
> information, attached please find a financial review worksheet,
> which BAC has asked me to forward to you and Judith to complete
> and return to me. Upon receipt, I will forward it to the assigned
> workout specialist.
>
> Thank you,
>
>
> Michael B. Dvoren
>
> Associate
>
>
>
> Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ 85004
> Tel 602.364.7323 | Fax 602.716.8323
>
> michael.dvoren@bryancave.com
> | www.bryancave.com
>
>
>
>  _____
>
> From: Vincent Vitale [mailto:fiatluxnorth@gci.net]
> Sent: Thursday, April 07, 2011 3:42 PM
> To: Dvoren, Michael
> Subject: Re: Rich v BAC el al
>
>
> 4/7/2011
>
> Dear Michael:
>
>   Thank you for the update. You will receive the requested
> information on Monday.
>
>   Sincerely yours
>
>   Vincent
>
> ----- Original Message -----
> From: "Dvoren, Michael"
> Date: Wednesday, April 6, 2011 11:30 am
> Subject: RE: RE: Re: Rich v BAC el al
> To: 'Vincent Vitale'

EX. 1

8/48

> Cc: "McElenney, Sean K."
>
> > Vincent,
> >
> > Per our stipulation, attached please find a Cancellation of Notice
> > of Sale Arizona, recorded by ReconTrust on Monday, April 4, 2011.
> >
> > Separately, I have been in contact with the loan modification
> > folks at BAC, who have requested the following documents from you:
> >
> > (1) Profit & Loss signed and dated thru 12/31/10,
> >
> > (2) Rental lease agreement.
> > Once you provide me with the above documents, I will forward them
> > to BAC.
> >
> > Respectfully,
> >
> >
> > Michael B. Dvoren
> >
> > Associate
> >
> >
> >
> >
> > _____
> This electronic message is from a law firm. It may contain
> confidential or privileged information. If you received this
> transmission in error, please reply to the sender to advise of the
> error and delete this transmission and any attachments.
>
> IRS Circular 230 Disclosure: To ensure compliance with
> requirements imposed by the IRS, we inform you that any U.S.
> federal tax advice contained in this communication (including any
> attachments) is not intended or written to be used, and cannot be
> used, for the purpose of (i) avoiding penalties under the Internal
> Revenue Code or (ii) promoting, marketing, or recommending to
> another party any transaction or matter addressed herein.
> bcllp2011
>

- Financial Review Worksheet 6.27.11.pdf PDF Document - 52 KB

EX. 1

9/43

michael.dvoren@bryancave.com | www.bryancave.com

---

**From:** Vincent Vitale [mailto:fiatluxnorth@gci.net]
**Sent:** Monday, April 25, 2011 10:48 AM
**To:** Dvoren, Michael
**Subject:** Re: RE: Rich v BAC el al

April 25, 2011

Dear Michael:

We have compiled updated figures for the financial worksheet and will have the worksheet and hardship letter to you by Wednesday.

Thank you for your patience.

Vince

----- Original Message -----
From: "Dvoren, Michael"
Date: Friday, April 15, 2011 10:33 am
Subject: RE: Rich v BAC el al
To: 'Vincent Vitale'

> Vincent,
>
> With apologies for the piecemeal way in which BAC requests this
> information, attached please find a financial review worksheet,
> which BAC has asked me to forward to you and Judith to complete
> and return to me. Upon receipt, I will forward it to the assigned
> workout specialist.
>
> Thank you,
>
>
> Michael B. Dvoren
>
> Associate
>
>
>
> Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ 85004
> Tel 602.364.7323 | Fax 602.716.8323
>
> michael.dvoren@bryancave.com
> | www.bryancave.com
>
>
> _____
> From: Vincent Vitale [mailto:fiatluxnorth@gci.net]
> Sent: Thursday, April 07, 2011 3:42 PM
> To: Dvoren, Michael
> Subject: Re: Rich v BAC el al
>
>
> 4/7/2011
>
> Dear Michael:
>
> Thank you for the update. You will receive the requested
> information on Monday.
>
> Sincerely yours
>
> Vincent
>
> ----- Original Message -----
> From: "Dvoren, Michael"
> Date: Wednesday, April 6, 2011 11:30 am
> Subject: RE: RE: Rich v BAC el al
> To: 'Vincent Vitale'

Ex. I

10/43

> Cc: "McElenney, Sean K."
>
> > Vincent,
> >
> > Per our stipulation, attached please find a Cancellation of Notice
> > of Sale Arizona, recorded by ReconTrust on Monday, April 4, 2011.
> >
> > Separately, I have been in contact with the loan modification
> > folks at BAC, who have requested the following documents from you:
> >
> > (1) Profit & Loss signed and dated thru 12/31/10.
> >
> > (2) Rental lease agreement.
> > Once you provide me with the above documents, I will forward them
> > to BAC.
> >
> > Respectfully,
> >
> >
> > Michael B. Dvoren
> >
> > Associate
> >
> >
> >
> >
> >
> >
> > _____ _____ ____ ___ _
> > This electronic message is from a law firm. It may contain
> confidential or privileged information. If you received this
> transmission in error, please reply to the sender to advise of the
> error and delete this transmission and any attachments.
>
> IRS Circular 230 Disclosure: To ensure compliance with
> requirements imposed by the IRS, we inform you that any U.S.
> federal tax advice contained in this communication (including any
> attachments) is not intended or written to be used, and cannot be
> used, for the purpose of (i) avoiding penalties under the Internal
> Revenue Code or (ii) promoting, marketing, or recommending to
> another party any transaction or matter addressed herein.
> bcllp2011
>

• Financial Review Worksheet 6.27.11.pdf PDF Document - 52 KB

EX. 1

Subject: Rich v BAC - Add'l Loan Mod Documents Needed

From: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>

To: "'fiatluxnorth@gci.net'" <fiatluxnorth@gci.net>

Tue, 09 Aug 2011 12:16:36 -0400

Vincent,

Again with apologies for the piecemeal way in which the bank requests this information, the workout specialist has requested that you and Judith provide the following additional information before the second loan mod evaluation can proceed any further:

**(1) An updated three (3) month quarter Profit & Loss statement (the April 12, 2011 P&L you previously provided is now outdated).**

**(2) Proof of any other income received. (Ex: child support, retirement, roommate, spouse, etc.) Rental agreements must be formal & signed by borrower & tenants.  [Of course, please do not include the disability income ending in Oct. 2012]**

**(3) A 2010 tax extension letter and 2008 tax return complete and signed with all schedules & no pages missing.**

**(4) IRS form 4506-T (attached).**

**(5) Most recent utility bill (excluding cell phone bill).**

**(6) RMA form (attached) & proof of HOA dues.**

**(7) Dodd Frank Certification (attached).**

Upon receipt of the above documents, each completed and signed by both you and Judith where applicable, I will forward them to the assigned workout specialist for processing.

Many thanks,

Michael B. Dvoren
*Associate*

Bryan Cave LLP |
*Two North Central Ave. Suite 2200*
| Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323
michael.dvoren@bryancave.com | www.bryancave.com

---

This electronic message is from a law firm. It may contain confidential or privileged inf
received this transmission in error, please reply to the sender to advise of the error ar
transmission and any attachments.

EX, 1

12\43

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

bcllp2011

- RMA form.pdf PDF Document - 2 MB
- FORM OF DODD-FRANK CERTIFICATION.PDF PDF Document - 241 KB
- IRS Form 4506-T.pdf PDF Document - 99 KB

**Subject: RE: Stipulated Motion to Extend Response Time and Proposed Order**

From: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>

To: "'fiatluxnorth@gci.net'" <fiatluxnorth@gci.net>

Wed, 27 Jul 2011 17:36:58 -0400

Vincent,

Attached please find ReconTrust's *Cancellation of Notice of Sale Arizona*, executed today and sent to Pinal County for recording. Please let me know once you receive an as recorded copy directly from Pinal Co.

In light of this, I'd prefer that we revert back to using the first versions of the stip and order but let me know your preference.

Thank you again for your understanding and patience in all of this.

Michael B. Dvoren
*Associate*

Bryan Cave LLP |
*Two North Central Ave. Suite 2200*
| Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323
michael.dvoren@bryancave.com | www.bryancave.com

EX. 1
14/43

---

**From:** Dvoren, Michael
**Sent:** Wednesday, July 27, 2011 10:48 AM
**To:** 'fiatluxnorth@gci.net'
**Subject:** RE: Stipulated Motion to Extend Response Time and Proposed Order
**Importance:** High

Vincent,

This morning, I got word that my in-house contact at the bank has ordered the trustee to immediately cancel the notice of trustee's sale (as you may know, cancellation of the notice means cancellation of the sale itself as no sale can legally occur without an operative notice).

I've revised the stipulation and proposed order to include your requested addition. Please let me know, as soon as you can, if the added language is acceptable and if I have your permission to file with the Court. We'll want to file it as soon as possible.

Many thanks,

Michael B. Dvoren
*Associate*

Bryan Cave LLP |
*Two North Central Ave. Suite 2200*
| Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com | www.bryancave.com

---

**From:** Dvoren, Michael
**Sent:** Tuesday, July 26, 2011 9:25 AM
**To:** 'fiatluxnorth@gci.net'
**Subject:** Stipulated Motion to Extend Response Time and Proposed Order
**Importance:** High

Vincent,

Per our phone conversation on July 15, 2011, attached please find a *Stipulation for Extension of Time* along with a *Proposed Order* granting same.

Please review both and let me know if they are acceptable to file with the Court no later than the end of business on **Wednesday, July 27, 2011**. With your approval, I will file them electronically (like last time) and send you a copy by mail.

Please don't hesitate to contact me with any questions or concerns.

Respectfully,

Michael B. Dvoren
*Associate*

Bryan Cave LLP |
*Two North Central Ave. Suite 2200*
| Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com | www.bryancave.com

*EX. 1*

*15/43*

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

bcllp2011

- Rich_7.27.11 Notice of Cancellation of Trustees Sale.pdf PDF Document - 164 KB

EX. 1

16/43

Subject: Rich et al. v. BAC Home Loans Servicing, LP, et al., Case No. 2:11-cv-00511-SRB

From: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>

To: 'Vincent Vitale' <fiatluxnorth@gci.net>

Tue, 25 Oct 2011 20:11:07 -0400

Vincent,

Per our phone call this afternoon, attached is the draft stipulation to extend BofA's response time until Feb. 1, 2012, along with a proposed order. Please let me know, as soon as you have a chance, if the attached is acceptable. Once you've approved, I will file electronically with the District Court.

Thanks and best regards,

Michael B. Dvoren

*Associate*

Bryan Cave LLP |

*Two North Central Ave. Suite 2200*
| Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com | www.bryancave.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2011

- PX01DOCS-700051-v1-B7l_BOA_Rich_&_Vitale_Stipulation_for_Extension_of_Time_to_Respond_(3rd).DOC Microsoft Word document - 117 KB
- PX01DOCS-700054-v1-B7l_BOA_Rich_&_Vitale_Proposed_Order_Granting_Stip_to_Extend_Time_To_Respond_(3rd).DOC Microsoft Word document - 101 KB

EX. 1
17/43

Subject: RE: Rich et al. v. BAC Home Loans Servicing, LP, et al., Case No. 2:11-cv-00511-SRB

From: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>

To: 'Vincent Vitale' <fiatluxnorth@gci.net>

Tue, 25 Oct 2011 21:33:20 -0400

Many thanks Vincent.

Michael B. Dvoren

*Associate*

Bryan Cave LLP |
*Two North Central Ave. Suite 2200*
| Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com | www.bryancave.com

---

**From:** Vincent Vitale [mailto:fiatluxnorth@gci.net]
**Sent:** Tuesday, October 25, 2011 6:27 PM
**To:** Dvoren, Michael
**Subject:** Re: Rich et al. v. BAC Home Loans Servicing, LP, et al., Case No. 2:11-cv-00511-SRB

October 25, 2011

Michael:

 Looks good. You are authorized to file it.

 Thanks

 Vincent

----- Original Message -----
From: "Dvoren, Michael"
Date: Tuesday, October 25, 2011 5:11 pm
Subject: Rich et al. v. BAC Home Loans Servicing, LP, et al., Case No. 2:11-cv-00511-SRB
To: 'Vincent Vitale'

> Vincent,
>
> Per our phone call this afternoon, attached is the draft
> stipulation to extend BofA's response time until Feb. 1, 2012,
> along with a proposed order. Please let me know, as soon as you
> have a chance, if the attached is acceptable. Once you've
> approved, I will file electronically with the District Court.
>
> Thanks and best regards,
>
> Michael B. Dvoren
>
> Associate
>
> Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ 85004

EX. 1

18/43

> Tel 602.364.7323 | Fax 602.716.8323
>
> michael.dvoren@bryancave.com
> | www.bryancave.com
>
>
>
>
> ——— ——— ——— ——— ———
> This electronic message is from a law firm. It may contain
> confidential or privileged information. If you received this
> transmission in error, please reply to the sender to advise of the
> error and delete this transmission and any attachments.
>
> IRS Circular 230 Disclosure: To ensure compliance with
> requirements imposed by the IRS, we inform you that any U.S.
> federal tax advice contained in this communication (including any
> attachments) is not intended or written to be used, and cannot be
> used, for the purpose of (i) avoiding penalties under the Internal
> Revenue Code or (ii) promoting, marketing, or recommending to
> another party any transaction or matter addressed herein.
> bcllp2011

EX. 1

19/43

**Subject: RE: RE: RE: Loan Modification Documentation - Rich et al. v. BAC Home Loans Servicing, LP, et al. (2:11-cv-00511-SRB)**

From: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>

To: 'Vincent Vitale' <fiatluxnorth@gci.net>

Wed, 11 Jan 2012 11:59:44 -0500

Good news. Thanks for the update Vincent.

Michael B. Dvoren

*Associate*


Bryan Cave LLP |
*Two North Central Ave. Suite 2200*
| Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com | www.bryancave.com

---

**From:** Vincent Vitale [mailto:fiatluxnorth@gci.net]
**Sent:** Tuesday, January 10, 2012 6:20 PM
**To:** Dvoren, Michael
**Subject:** Re: RE: RE: Loan Modification Documentation - Rich et al. v. BAC Home Loans Servicing, LP, et al. (2:11-cv-00511-SRB)

January 10, 2012

Michael:

As luck would have it, the Edward Jones materials were in this afternoon's mail. We'll get the letter to you by Friday.

Thanks

Vince

----- Original Message -----
From: "Dvoren, Michael"
Date: Tuesday, January 10, 2012 4:36 pm
Subject: RE: RE: Loan Modification Documentation - Rich et al. v. BAC Home Loans Servicing, LP, et al. (2:11-cv-00511-SRB)
To: 'Vincent Vitale'

> Thanks Vincent. Why don't you send me what you have on Friday this
> week and I'll submit to the bank. We can supplement if needed.
>
> Also, as I'm sure you know, our stipulated litigation deadline of
> February 1, 2012 is also approaching. It may make sense to do
> another 90 day extension but we can discuss further once we're
> closer to the deadline.
>
>
> Michael B. Dvoren
>
> Associate
>
>
>
> Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ 85004

EX.1

20/43

Case 2:11-cv-00511-DLR   Document 448-2   Filed 11/17/14   Page 22 of 45

## Subject: RE: RE: RE: Loan Modification Documentation - Rich et al. v. BAC Home Loans Servicing, LP, et al. (2:11-cv-00511-SRB)

From: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>

To: 'Vincent Vitale' <fiatluxnorth@gci.net>

Wed, 11 Jan 2012 11:59:44 -0500

Good news. Thanks for the update Vincent.

**Michael B. Dvoren**

*Associate*

Bryan Cave LLP |
*Two North Central Ave. Suite 2200*
| Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com | www.bryancave.com

---

**From:** Vincent Vitale [mailto:fiatluxnorth@gci.net]
**Sent:** Tuesday, January 10, 2012 6:20 PM
**To:** Dvoren, Michael
**Subject:** Re: RE: RE: Loan Modification Documentation - Rich et al. v. BAC Home Loans Servicing, LP, et al. (2:11-cv-00511-SRB)

January 10, 2012

Michael:

As luck would have it, the Edward Jones materials were in this afternoon's mail. We'll get the letter to you by Friday.

Thanks

Vince

----- Original Message -----
From: "Dvoren, Michael"
Date: Tuesday, January 10, 2012 4:36 pm
Subject: RE: RE: Loan Modification Documentation - Rich et al. v. BAC Home Loans Servicing, LP, et al. (2:11-cv-00511-SRB)
To: 'Vincent Vitale'

> Thanks Vincent. Why don't you send me what you have on Friday this
> week and I'll submit to the bank. We can supplement if needed.
>
> Also, as I'm sure you know, our stipulated litigation deadline of
> February 1, 2012 is also approaching. It may make sense to do
> another 90 day extension but we can discuss further once we're
> closer to the deadline.
>
>
> Michael B. Dvoren
>
> Associate
>
>
>
> Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ 85004

EX. 1

20/43

Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com
| www.bryancave.com

From: Vincent Vitale [mailto:fiatluxnorth@gci.net]
Sent: Tuesday, January 10, 2012 4:29 PM
To: Dvoren, Michael
Subject: Re: RE: Loan Modification Documentation - Rich et al. v.
BAC Home Loans Servicing, LP, et al. (2:11-cv-00511-SRB)

January 10, 2012

Michael:

We are waiting for two pieces of information: year-end forms
from Edward Jones identfying dividends paid during the year and
our year-end statement from the Social Security Administration
showing 2011 income. It may be several weeks before we receive
that information.

Do you want us to send what we have and supplement later or
would it work better if you received it all at once. Either way
works for us.

Thanks

Vincent

----- Original Message -----
From: "Dvoren, Michael"
Date: Tuesday, January 10, 2012 11:20 am
Subject: RE: Loan Modification Documentation - Rich et al. v. BAC
Home Loans Servicing, LP, et al. (2:11-cv-00511-SRB)
To: 'Vincent Vitale'

> Vincent,
>
> Just following up regarding my e-mail below.
>
> Thanks.
> >
> >
> > Michael B. Dvoren
> >
> > Associate
> >
> >
> >
> > Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ
> 85004 | Tel 602.364.7323 | Fax 602.716.8323
> >
> > michael.dvoren@bryancave.com
> > | www.bryancave.com
> >
> >
> >
> >
> > From: Dvoren, Michael
> Sent: Tuesday, December 20, 2011 6:06 PM
> > To: 'Vincent Vitale'
> > Subject: Loan Modification Documentation - Rich et al. v. BAC Home
> > Loans Servicing, LP, et al. (2:11-cv-00511-SRB)
> >
> > Vincent,
> >
> > Per our phone call earlier, below are the questions forwarded to
> > me from the loan modification folks. In addition to answering the
> > specific questions below, I think it would be helpful if you
> > provided (to the extent you can) updated documentation for
> > everything you and Judith submitted back in late August.
> >
> > As I mentioned on the call, I will be on vacation from tomorrow
> > until Jan. 2, 2012 but can address any questions or concerns you
> > may have once I return.

EX. 1

21/43

> Thank you.
>
> ---------------------
>
> 1) Detailed explanation for deposits in Deserts Schools bank
> account. Note: If there are additional sources of income follow
> policy to document.
>
> 2) Provide most recent 2 months bank statements for Denali Alaska
> bank for proof of B2 $4,650.00 disability income. Note: Proof of
> receipt for two of the most recent months, for example: bank
> statements or cancelled checks are required.
>
> [For question 2 above, I have tried to clarify that the monthly
> $4,650.00 disability income ends in October 2012, you did not want
> it calculated for purposes of a modification offer, and that this
> was the reason you and Judith could not accept the bank's
> modification offer back in May, 2011. Please feel free to
> reiterate this where applicable in answer to these questions]
>
> 3) Provide most recent 2 months bank statements for Deserts
> Schools for proof of social security benefits income. Note: Proof
> of receipt for two of the most recent months, for example: bank
> statements or cancelled checks are required.
>
> 4) Provide year-to-date profit and loss statement for each self-
> employed source (Law offices of Vincent Vitale APC and Anchorage
> Area Atlas). Note: P&L in file is unacceptable missing business
> name.
> 5) Provide most recent 2 months bank statements for Wells Fargo
> business checking account #9747 to document Judy's (b2) social
> security benefits and business income deposits to support P&L.
>
> 6) Explanation of why borrowers did not report Law offices of
> Vincent Vitale APC on 2008 tax returns when the business was
> incorporated in 1974 per business returns in file.
>
> 7) Provide 2 of the most recent month's business bank statements
> (all pages) for Law offices of Vincent Vitale APC. The bank
> statements must support P&L provided.
>
> 8) 2010 attachments (1099s) for: Social Security income for both
> borrowers.
> 9) Clarify if borrowers currently receive pension/annuities income
> or if the 2010 amounts were one-time draws. Note: If borrowers
> receive this source of income follow policy to document the income.
>
> 10) If more than one property is owned, a complete list of all
> real estate owned including monthly payment for all mortgages,
> name of each lender, amount of taxes and insurance (if not
> impounded), and homeowners association dues, if applicable is
> required. The following mortgages must be included on the schedule
> of real estate owned: GMAC MORT #569092604 and HSBC/MS #16540437
> to clarify to what property they are secured to.
>
> 11) Provide statements listing the amount and frequency of the
> social security and disability income benefits disclose by the
> borrowers. Example: award letter, exhibits, a disability policy or
> benefits statement from the provider.
>
> 12) Clarify the source of $350.00 other income disclosed on RMA
> and follow policy to document the income per policy requirements.
>
>
>
> Michael B. Dvoren
>
> Associate
>
>
>
> Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ
> 85004 | Tel 602.364.7323 | Fax 602.716.8323
>
> michael.dvoren@bryancave.com
> | www.bryancave.com
>
>

EX. 1

22/43

> > _____
> >
> > This electronic message is from a law firm. It may contain
> > confidential or privileged information. If you received this
> > transmission in error, please reply to the sender to advise of the
> > error and delete this transmission and any attachments.
> >
> > IRS Circular 230 Disclosure: To ensure compliance with
> > requirements imposed by the IRS, we inform you that any U.S.
> > federal tax advice contained in this communication (including any
> > attachments) is not intended or written to be used, and cannot be
> > used, for the purpose of (i) avoiding penalties under the Internal
> > Revenue Code or (ii) promoting, marketing, or recommending to
> > another party any transaction or matter addressed herein.
> > bcllp2011

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2011

EX. 1

23/43

Subject: RE: Loan Modification Documentation - Rich et al. v. BAC Home Loans Servicing, LP, et al. (2:11-cv-00511-SRB)

From: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>

To: 'Vincent Vitale' <fiatluxnorth@gci.net>

Tue, 10 Jan 2012 13:18:08 -0500

Vincent,

Just following up regarding my e-mail below.

Thanks,

Michael B. Dvoren

*Associate*

Bryan Cave LLP |
*Two North Central Ave. Suite 2200*
| Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com | www.bryancave.com

---

**From:** Dvoren, Michael
**Sent:** Tuesday, December 20, 2011 6:06 PM
**To:** 'Vincent Vitale'
**Subject:** Loan Modification Documentation - Rich et al. v. BAC Home Loans Servicing, LP, et al. (2:11-cv-00511-SRB)

Vincent,

Per our phone call earlier, below are the questions forwarded to me from the loan modification folks. In addition to answering the specific questions below, I think it would be helpful if you provided (to the extent you can) updated documentation for everything you and Judith submitted back in late August.

As I mentioned on the call, I will be on vacation from tomorrow until Jan. 2, 2012 but can address any questions or concerns you may have once I return.

Thank you.

---

1) Detailed explanation for deposits in Deserts Schools bank account. Note: If there are additional sources of income follow policy to document.

*EX. 1*

*24/43*

2) Provide most recent 2 months bank statements for Denali Alaska bank for proof of B2 $4,650.00 disability income. Note: Proof of receipt for two of the most recent months, for example: bank statements or cancelled checks are required.

[For question 2 above, I have tried to clarify that the monthly $4,650.00 disability income ends in October 2012, you did not want it calculated for purposes of a modification offer, and that this was the reason you and Judith could not accept the bank's modification offer back in May, 2011. Please feel free to reiterate this where applicable in answer to these questions]

3) Provide most recent 2 months bank statements for Deserts Schools for proof of social security benefits income. Note: Proof of receipt for two of the most recent months, for example: bank statements or cancelled checks are required.

4) Provide year-to-date profit and loss statement for each self-employed source (Law offices of Vincent Vitale APC and Anchorage Area Atlas). Note: P&L in file is unacceptable missing business name.

5) Provide most recent 2 months bank statements for Wells Fargo business checking account #9747 to document Judy's (b2) social security benefits and business income deposits to support P&L.

6) Explanation of why borrowers did not report Law offices of Vincent Vitale APC on 2008 tax returns when the business was incorporated in 1974 per business returns in file.

7) Provide 2 of the most recent month's business bank statements (all pages) for Law offices of Vincent Vitale APC. The bank statements must support P&L provided.

8) 2010 attachments (1099s) for: Social Security income for both borrowers.

9) Clarify if borrowers currently receive pension/annuities income or if the 2010 amounts were one-time draws. Note: If borrowers receive this source of income follow policy to document the income.

10) If more than one property is owned, a complete list of all real estate owned including monthly payment for all mortgages, name of each lender, amount of taxes and insurance (if not impounded), and homeowners association dues, if applicable is required. The following mortgages must be included on the schedule of real estate owned: GMAC MORT #569092604 and HSBC/MS #16540437 to clarify to what property they are secured to.

11) Provide statements listing the amount and frequency of the social security and disability income benefits disclose by the borrowers. Example: award letter, exhibits, a disability policy or benefits statement from the provider.

12) Clarify the source of $350.00 other income disclosed on RMA and follow policy to document the income per policy requirements.

**Michael B. Dvoren**

*Associate*

Bryan Cave LLP |
*Two North Central Ave. Suite 2200*
| Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com | www.bryancave.com

*EX. 1*

*25/43*

This electronic message is from a law firm. It may contain confidential or privileged received this transmission in error, please reply to the sender to advise of the error transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

bcllp2011

EX. 1
24/43

Thanks Vincent. Why don't you send me what you have on Friday this week and I'll submit to the bank. We can supplement if needed.

Also, as I'm sure you know, our stipulated litigation deadline of February 1, 2012 is also approaching. It may make sense to do another 90 day extension but we can discuss further once we're closer to the deadline.

**Michael B. Dvoren**

*Associate*

Bryan Cave LLP |
*Two North Central Ave. Suite 2200*
| Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com | www.bryancave.com

---

**From:** Vincent Vitale [mailto:fiatluxnorth@gci.net]
**Sent:** Tuesday, January 10, 2012 4:29 PM
**To:** Dvoren, Michael
**Subject:** Re: RE: Loan Modification Documentation - Rich et al. v. BAC Home Loans Servicing, LP, et al. (2:11-cv-00511-SRB)

January 10, 2012

Michael:

   We are waiting for two pieces of information: year-end forms from Edward Jones identfying dividends paid during the year and our year-end statement from the Social Security Administration showing 2011 income. It may be several weeks before we receive that information.

   Do you want us to send what we have and supplement later or would it work better if you received it all at once. Either way works for us.

   Thanks

   Vincent

----- Original Message -----
From: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>
Date: Tuesday, January 10, 2012 11:20 am
Subject: RE: Loan Modification Documentation - Rich et al. v. BAC Home Loans Servicing, LP, et al. (2:11-cv-00511 -SRB)
To: 'Vincent Vitale' <fiatluxnorth@gci.net>

EX. 1
27/43

> Vincent,
>
> Just following up regarding my e-mail below.
>
> Thanks,
>
>
> Michael B. Dvoren
>
> Associate
>
>
>
> Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ 85004
> Tel 602.364.7323 | Fax 602.716.8323
>
> michael.dvoren@bryancave.com<mailto:michael.dvoren@bryancave.com>
> | www.bryancave.com<http://www.bryancave.com/>
>
>
>
> _____
> From: Dvoren, Michael
> Sent: Tuesday, December 20, 2011 6:06 PM
> To: 'Vincent Vitale'
> Subject: Loan Modification Documentation - Rich et al. v. BAC Home
> Loans Servicing, LP, et al. (2:11-cv-00511-SRB)
>
> Vincent,
>
> Per our phone call earlier, below are the questions forwarded to
> me from the loan modification folks. In addition to answering the
> specific questions below, I think it would be helpful if you
> provided (to the extent you can) updated documentation for
> everything you and Judith submitted back in late August.
>
> As I mentioned on the call, I will be on vacation from tomorrow
> until Jan. 2, 2012 but can address any questions or concerns you
> may have once I return.
>
> Thank you.
>
> --------------------
>
> 1) Detailed explanation for deposits in Deserts Schools bank
> account. Note: If there are additional sources of income follow

EX. 1

28/43

> policy to document.
>
> 2) Provide most recent 2 months bank statements for Denali Alaska
> bank for proof of B2 $4,650.00 disability income. Note: Proof of
> receipt for two of the most recent months, for example: bank
> statements or cancelled checks are required.
>
> [For question 2 above, I have tried to clarify that the monthly
> $4,650.00 disability income ends in October 2012, you did not want
> it calculated for purposes of a modification offer, and that this
> was the reason you and Judith could not accept the bank's
> modification offer back in May, 2011. Please feel free to
> reiterate this where applicable in answer to these questions]
>
> 3) Provide most recent 2 months bank statements for Deserts
> Schools for proof of social security benefits income. Note: Proof
> of receipt for two of the most recent months, for example: bank
> statements or cancelled checks are required.
>
> 4) Provide year-to-date profit and loss statement for each self-
> employed source (Law offices of Vincent Vitale APC and Anchorage
> Area Atlas). Note: P&L in file is unacceptable missing business name.
>
> 5) Provide most recent 2 months bank statements for Wells Fargo
> business checking account #9747 to document Judy's (b2) social
> security benefits and business income deposits to support P&L.
>
> 6) Explanation of why borrowers did not report Law offices of
> Vincent Vitale APC on 2008 tax returns when the business was
> incorporated in 1974 per business returns in file.
>
> 7) Provide 2 of the most recent month's business bank statements
> (all pages) for Law offices of Vincent Vitale APC. The bank
> statements must support P&L provided.
>
> 8) 2010 attachments (1099s) for: Social Security income for both
> borrowers.
> 9) Clarify if borrowers currently receive pension/annuities income
> or if the 2010 amounts were one-time draws. Note: If borrowers
> receive this source of income follow policy to document the income.
>
> 10) If more than one property is owned, a complete list of all
> real estate owned including monthly payment for all mortgages,
> name of each lender, amount of taxes and insurance (if not
> impounded), and homeowners association dues, if applicable is
> required. The following mortgages must be included on the schedule
> of real estate owned: GMAC MORT #569092604 and HSBC/MS #16540437

Ex. 1
29/43

> to clarify to what property they are secured to.
>
> 11) Provide statements listing the amount and frequency of the
> social security and disability income benefits disclose by the
> borrowers. Example: award letter, exhibits, a disability policy or
> benefits statement from the provider.
>
> 12) Clarify the source of $350.00 other income disclosed on RMA
> and follow policy to document the income per policy requirements.
>
>
>
> Michael B. Dvoren
>
> Associate
>
>
>
> Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ 85004
> Tel 602.364.7323 | Fax 602.716.8323
>
> michael.dvoren@bryancave.com<mailto:michael.dvoren@bryancave.com>
> | www.bryancave.com<http://www.bryancave.com/>
>
>
>
> _____
> This electronic message is from a law firm. It may contain
> confidential or privileged information. If you received this
> transmission in error, please reply to the sender to advise of the
> error and delete this transmission and any attachments.
>
> IRS Circular 230 Disclosure: To ensure compliance with
> requirements imposed by the IRS, we inform you that any U.S.
> federal tax advice contained in this communication (including any
> attachments) is not intended or written to be used, and cannot be
> used, for the purpose of (i) avoiding penalties under the Internal
> Revenue Code or (ii) promoting, marketing, or recommending to
> another party any transaction or matter addressed herein.
> bcllp2011

E4.1

30/43

Subject: RE: Rich/Vitale v Bank of America

From: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>

To: 'Vincent Vitale' <fiatluxnorth@gci.net>

Cc: "McElenney, Sean K." <skmcelenney@BryanCave.com>, "Russell, Catherine"
<carussell@BryanCave.com>, "Erwin, Sally" <sally.erwin@bryancave.com>

Mon, 21 May 2012 23:00:22 +0000

Thanks Vince. We can discuss how to proceed once we've received them.

**Michael B. Dvoren**
*Associate*

Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323
michael.dvoren@bryancave.com | www.bryancave.com

---

**From:** Vincent Vitale [mailto:fiatluxnorth@gci.net]
**Sent:** Monday, May 21, 2012 3:42 PM
**To:** Dvoren, Michael
**Cc:** McElenney@gci.net
**Subject:** Rich/Vitale v Bank of America

May 21, 2012

Greetings:

Today we filed our Motion to Amend and the proposed First Amended Complaint. We also filed a motion seeking a settlement conference. We mailed your copies

Best wishes

Vince and Judy

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2012

EX. 1

31/43

## Subject: RE: FW: Rich/Vitale v BAC

From: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>

To: 'Vincent Vitale' <fiatluxnorth@gci.net>

Thu, 31 May 2012 23:17:02 +0000

Thank you Vincent. I'm sorry we weren't able to reach a resolution before my departure. I wish you and Judith all the best.

**Michael B. Dvoren**
*Associate*

Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323
michael.dvoren@bryancave.com |  www.bryancave.com

---

**From:** Vincent Vitale [mailto:fiatluxnorth@gci.net]
**Sent:** Thursday, May 31, 2012 4:04 PM
**To:** Dvoren, Michael
**Subject:** Re: FW: Rich/Vitale v BAC

May 31, 2012

Dear Michael:

Judy and I wish you well in your new endeavors. We have appreciated your consistent courtesy, patience and professionalism.

Good luck.

Vincent

----- Original Message -----
From: "Dvoren, Michael"
Date: Thursday, May 31, 2012 2:55 pm
Subject: FW: Rich/Vitale v BAC
To: 'Vincent Vitale'
Cc: "Neumeyer, Coree E."

· Vince,

· Further to my e-mail below advising of my departure, today is my
· last day with Bryan Cave. As such, this case will be handled by
· Coree Neumeyer
· (coree.neumeyer@bryancave.com or (602) 364-7035) going forward. Please direct all future communications to Coree, copying Sean McElenney
(skmcelenney@bryancave.com).

· Respectfully,
·
·
· Michael B. Dvoren
·
· Associate
·
·
·
· Bryan Cave LLP | Two North Central Ave. Suite 2200 · Phoenix, AZ 85004
· Tel 602.364.7323 | Fax 602.716.8323
·
· michael.dvoren@bryancave.com
·| www.bryancave.com
·
·

EX. #

32/43

RE: FW: Rich/Vitale v BAC

From: Dvoren, Michael
Sent: Thursday, May 17, 2012 2:03 PM
To: 'Vincent Vitale'
Cc: McElenney, Sean K.
Subject: RE: Rich/Vitale v BAC

Thanks Vince.

Regarding the loan modification re-evaluation, our March 30, 2011 stipulation filed with the Court (as Doc. No. 18) called for you and Judith to be evaluated for any applicable loan modification. My understanding was that based on a prior HAMP denial, you and Judith were being evaluated for an in-house or "traditional" loan modification, rather than a HAMP modification. The modification BofA offered you on May 5, 2011 (which you rejected based on your temporary disability income) was not a HAMP mod (see e-mail attached). As for the date the re-evaluation started, my records reflect that you began sending me documents for the re-evaluation in mid July, 2011. I received and forwarded the first re-evaluation documents received from you on July 15, 2011

Importantly, please note that I will be leaving Bryan Cave at the end of the month and will need to transition this case to my colleagues. We can discuss possible next steps by phone when you have a chance but from hereon, please copy Sean McElenney on all future communications (skmcelenney@BryanCave.com).
Respectfully,

Michael B. Dvoren

Associate

Bryan Cave LLP | Two North Central Ave, Suite 2200 | Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com
www.bryancave.com

From: Vincent Vitale [mailto:fiatluxnorth@gci.net]
Sent: Thursday, May 17, 2012 1:08 PM
To: Dvoren, Michael
Subject: Rich/Vitale v BAC

May 17, 2012

Dear Michael:

We are putting the final touches on the amended complaint. You should receive it Monday.

Can you tell us the date of our HAMP application that is currently under review. Our records are not clear about when it was submitted through your office.

Thanks

Vince

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any

EX. 1
33/43

· attachments) is not intended or written to be used, and cannot be
·· used, for the purpose of (i) avoiding penalties under the Internal
· Revenue Code or (ii) promoting, marketing, or recommending to
· another party any transaction or matter addressed herein.
· bcllp2012

BY. 1

84/43

## Subject: Re: FW: Rich/Vitale v BAC

From: Vincent Vitale <fiatluxnorth@gci.net>

To: "Dvoren, Michael" <Michael.Dvoren@bryancave.com>

Thu, 31 May 2012 16:03:54 -0700

May 31, 2012

Dear Michael:

Judy and I wish you well in your new endeavors. We have appreciated your consistent courtesy, patience and professionalism.

Good luck.

Vincent

----- Original Message -----
From: "Dvoren, Michael"
Date: Thursday, May 31, 2012 2:55 pm
Subject: FW: Rich/Vitale v BAC
To: 'Vincent Vitale'
Cc: "Neumeyer, Coree E."

· Vince,
·
· Further to my e-mail below advising of my departure, today is my
· last day with Bryan Cave. As such, this case will be handled by
· Coree Neumeyer
· (coree.neumeyer@bryancave.com or (602) 364-7035) going forward. Please direct all future communications to Coree, copying Sean McElenney (skmcelenney@bryancave.com).
·
· Respectfully,
·
·
· Michael B. Dvoren
·
· Associate
·
·
·
· Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ 85004
· Tel 602.364.7323 | Fax 602.716.8323
·
· michael.dvoren@bryancave.com
· | www.bryancave.com
·
·
·
·
· From: Dvoren, Michael
· Sent: Thursday, May 17, 2012 2:03 PM
· To: 'Vincent Vitale'
· Cc: McElenney, Sean K.
· Subject: RE: Rich/Vitale v BAC

· Thanks Vince.

· Regarding the loan modification re-evaluation, our March 30, 2011
· stipulation filed with the Court (as Doc. No. 18) called for you
· and Judith to be evaluated for any applicable loan modification.
· My understanding was that based on a prior HAMP denial, you and
· Judith were being evaluated for an in-house or "traditional" loan
· modification, rather than a HAMP modification. The modification
· BofA offered you on May 5, 2011 (which you rejected based on your
· temporary disability income) was not a HAMP mod (see e-mail
· attached). As for the date the re-evaluation started, my records
· reflect that you began sending me documents for the re-evaluation
· in mid July, 2011. I received and forwarded the first re-
· evaluation documents received from you on July 15, 2011.

· Importantly, please note that I will be leaving Bryan Cave at the
· end of the month and will need to transition this case to my
· colleagues. We can discuss possible next steps by phone when you

EY.)

35/43

Re: FW: Rich/Vitale v BAC

have a chance but from hereon, please copy Sean McElenney on all
future communications
(skmcelenney@BryanCave.com).
Respectfully,

Michael B. Dvoren

Associate

Bryan Cave LLP | Two North Central Ave. Suite 2200 | Phoenix, AZ 85004
Tel 602.364.7323 | Fax 602.716.8323

michael.dvoren@bryancave.com
| www.bryancave.com

From: Vincent Vitale [mailto:fiatluxnorth@gci.net]
Sent: Thursday, May 17, 2012 1:08 PM
To: Dvoren, Michael
Subject: Rich/Vitale v BAC

May 17, 2012

Dear Michael:

We are putting the final touches on the amended complaint. You
should receive it Monday.

Can you tell us the date of our HAMP application that is currently
under review. Our records are not clear about when it was
submitted through your office.

Thanks

Vince

This electronic message is from a law firm. It may contain
confidential or privileged information. If you received this
transmission in error, please reply to the sender to advise of the
error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with
requirements imposed by the IRS, we inform you that any U.S.
federal tax advice contained in this communication (including any
attachments) is not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing, or recommending to
another party any transaction or matter addressed herein.
bcllp2012

Ex. 1

36/43

## Subject: RE: Rich/Vitale v Bank of America

From: "Neumeyer, Coree E." <coree.neumeyer@bryancave.com>

To: "'fiatluxnorth@gci.net'" <fiatluxnorth@gci.net>

Wed, 25 Jul 2012 17:31:07 +0000

Mr. Vitale,

I will consult with my client concerning a settlement conference.  However, I do not think a settlement conference will be worthwhile until after we receive a ruling on the bank's motion to dismiss.

The bank is always willing to discuss settlement in the absence of a formal settlement conference. Accordingly, if you have a settlement proposal you'd like to present to the bank, I encourage you to provide a proposal at any time.

Sincerely,

Coree Neumeyer
Bryan Cave LLP
Tel: (602) 364-7035
Fax: (602) 716-8035
coree.neumeyer@bryancave.com

---

**From:** fiatluxnorth@gci.net [mailto:fiatluxnorth@gci.net]
**Sent:** Wednesday, July 25, 2012 10:20 AM
**To:** Neumeyer, Coree E.
**Subject:** RE: Rich/Vitale v Bank of America

July 25, 2012

Dear Ms. Neumeyer:

What are you thoughts about stipulating to a settlement conference since we stated that we thought one would be useful in the draft case management plan?

Sincerely yours,

Vincent Vitale

On Tue, Jul 24, 2012 at 6:24 PM , Neumeyer, Coree E. wrote:

Dear Mr. Vitale,

Given the Court's most recent order vacating the Rule 16 Conference, I will no longer plan on completing the Rule 26(f) report/case management plan.  I appreciate you timely providing a draft and, should this matter proceed further, we can plan to use the draft you've provided with some minor amendments on the dates.

Sincerely,
Coree

EX. 1

37/43

Subject: RE: Damages Supplemental Disclosure

From: "Vincent Vitale" <fiatluxnorth@gci.net>

To: "Iannelli Gregory B." <gregory.iannelli@bryancave.com>

Fri, 04 Apr 2014 19:44:02 -0700

April 4, 2014

The submission was not an offer. It was a supplemental disclosure.

Vince

----- Original Message -----
**From:**
"Iannelli Gregory B."

**To:**
"Vincent Vitale" , "McElenney Sean"
**Cc:**

**Sent:**
Wed, 2 Apr 2014 20:37:18 +0000
**Subject:**
RE: Damages Supplemental Disclosure

Mr. Vitale,

We have been discussing the possibility of settlement over the past couple of weeks. The attached estimate refers to numbers that you say would be "higher at trial."  Am I then to take this as an offer?

Greg

**From:** Vincent Vitale [mailto:fiatluxnorth@gci.net]
**Sent:** Monday, March 31, 2014 12:20 PM
**To:** Iannelli, Gregory B.; McElenney, Sean
**Subject:** Damages Supplemental Disclosure

March 31, 2014

Greg:

Attached is a revision of our damages estimate.

EK, 1

38|43

Vince

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2014

Judith M. Rich
Vincent Vitale
42505 W. Candyland Place
Maricopa, AZ 85138-3142
fiatluxnorth@gci.net
(480) 322-8511

March 31, 2014

Mr. Gregory Iannelli
Bryan Cave, LLP
2 No. Central Avenue, #2200
Phoenix, Arizona 85004-4006

Dear Greg:

The attached chart supplements Exhibit 2 in my deposition.

### Preliminary Damages Estimate $241,639

| | |
|---|---|
| $144,744 | Difference in present value between Plaintiffs' 2006 original note and the value of the promised terms (i.e. without $83,000 balloon) per <u>Ronald Greisen's February 12, 2014 Supplemental Expert Report</u> |
| $ 20,000 | Mitigation Expenses - Value of Time |
| $  2,000 | FDCPA Statutory Damages |
| $ 22,000 | FDCPA costs and fees as damages |

$188,744

Interest at 3.75% for 18 months =   $10,618

$188,744 + $10,618 = $199,363

$ 42,000 Federal Income Tax on $177,363 ($22,000 FDCPA would be offset by $22,000 deduction of litigation expenses)

$199,363 + $42,000 = $241,363

**Estimated Damages $241,363**

<span style="float:right">24.1<br>40/43</span>

At trial Plaintiffs would also receive punitive damages at 1-4 times the compensatory damages and their FDCPA damages would be substantially higher.

Thank you

Sincerely yours,


Vincent Vitale

Ex 4, 1
41/43

Subject: RE: New Discovery

From: "Iannelli, Gregory B." <gregory.iannelli@bryancave.com>

To: "'Vincent Vitale'" <fiatluxnorth@gci.net>

Thu, 28 Aug 2014 20:39:46 +0000

Vince,


I agree we should set a reasonable time limit for any new document production and discovery.
However, since we are talking exclusively about third party documents, I'm not quite prepared to
agree to anything yet because I need to complete some preliminary inquiries to see what might be
available. I would expect I'll be able to agree to something in a week or so. As to experts, my
hope is not to have an expert but to resolve this as a factual matter through third-party inquiries.
Again, in a week or so I should be able to let you know where I stand on that. As a matter of
disclosure, I have been working solely with the information that is available in the loan documents
that you also have. If I learn something material that is not disclosed in those documents, I will
disclose that promptly. Is that acceptable?


I'm glad to hear that you are willing to continue discussions. Since Judge Logan has been
appointed as a district judge, he can no longer serve as the mediator. We would need to ask
Judge Rayes to appoint a new magistrate as mediator, hire a private mediator, or we can just
have a discussion informally at our office. Which of those is your preference?


Greg


**From:** Vincent Vitale [mailto:fiatluxnorth@gci.net]
**Sent:** Thursday, August 28, 2014 1:30 PM
**To:** Iannelli, Gregory B.
**Subject:** New Discovery


August 28, 2014

Dear Greg:

EX. 1
42/43

Subject: RE: New Discovery

From: "Iannelli, Gregory B." <gregory.iannelli@bryancave.com>

To: "'Vincent Vitale'" <fiatluxnorth@gci.net>

Thu, 28 Aug 2014 20:39:46 +0000

Vince,

I agree we should set a reasonable time limit for any new document production and discovery. However, since we are talking exclusively about third party documents, I'm not quite prepared to agree to anything yet because I need to complete some preliminary inquiries to see what might be available. I would expect I'll be able to agree to something in a week or so. As to experts, my hope is not to have an expert but to resolve this as a factual matter through third-party inquiries. Again, in a week or so I should be able to let you know where I stand on that. As a matter of disclosure, I have been working solely with the information that is available in the loan documents that you also have. If I learn something material that is not disclosed in those documents, I will disclose that promptly. Is that acceptable?

I'm glad to hear that you are willing to continue discussions. Since Judge Logan has been appointed as a district judge, he can no longer serve as the mediator. We would need to ask Judge Rayes to appoint a new magistrate as mediator, hire a private mediator, or we can just have a discussion informally at our office. Which of those is your preference?

Greg

**From:** Vincent Vitale [mailto:fiatluxnorth@gci.net]
**Sent:** Thursday, August 28, 2014 1:30 PM
**To:** Iannelli, Gregory B.
**Subject:** New Discovery

August 28, 2014

Dear Greg:

EY. 1

42/43