IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judith M. Rich, et al,<br><br>             Plaintiff,<br><br>  v.<br><br>BAC Home Loans Servicing LP, et al,<br><br>             Defendant. | No.  CV-11-0511-PHX-DLR<br><br>JUDGMENT ON TAXATION OF COSTS |

Final judgment having been entered, defendant filed a Bill of Costs on October 23, 2014, seeking the taxation of $4,821.58.   No objection was filed.   The matter has been reviewed and costs have been awarded as follows.

      1. <u>Service Fees</u> - Pursuant to LRCiv 54.1(e)(1), the $85.13 claimed is allowed.

      2. <u>Transcript Fees</u> - Pursuant to LRCiv 54.1(e)(2), the $2,811.45 claimed is allowed.

      3. <u>Other Costs</u> - Pursuant to LRCiv 54.1(e)(10), the $1,925.00 claimed is not allowed.  Consulting fees are not taxable under LRCiv 54.1.

The costs are hereby taxed for the defendant and against the plaintiff in the amount of $2,896.58.

DATED this 19th day of November, 2014.

BRIAN D. KARTH, CLERK

By: _____
Michael O'Brien
Chief Deputy Clerk